UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
OFFICE OF THE CLERK **FILED**

| RICHARD H. WEARE | | RONNIE HONEY |
|---|---|---|
| DISTRICT COURT EXECUTIVE / CLERK OF COURT | | CHIEF DEPUTY CLERK |
| SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130 | Visit our website at www.azd.uscourts.gov | SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130 |
| 401 WEST WASHINGTON STREET, SPC 1 | | 401 WEST WASHINGTON STREET, SPC 1 |
| PHOENIX, ARIZONA 85003-2118 | | PHOENIX, ARIZONA 85003-2118 |

JUN 19 2007
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

MICHAEL S. O'BRIEN
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

5-07-00292-RMW

June 6, 2007

United States District Court
Clerk of the Court
280 South First Street, Suite 106
San Jose, CA 95113

JUN 18 2007

    Re:  USA vs. Daniel Gonzalez-Contreras
    Our Case number: CR-00-618-TUC-JMR-JCG
    Transfer of Jurisdiction

Dear Clerk of the Court:

Transfer of supervised release jurisdiction having been approved in the above entitled case, enclosed herewith are certified copies of the following:

1) Certified copy of Docket Sheet
2) Certified copy of Transfer of Jurisdiction
3) Certified copy of Judgment & Commitment

Due to the fact that this is an older case, the file has been sent to the record center. A certified copy of the Information will be sent to you upon our receipt of the file from the record center.

Please acknowledge receipt of same on the enclosed copy of this letter and return to the above Tucson office for filing.

                              Sincerely,

                              RICHARD H. WEARE, CLERK OF COURT
                              DISTRICT COURT EXECUTIVE

                              By:  s/Cheryl Bothwick
                                 Cheryl Bothwick, Deputy Clerk

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

emailed rec dkt.

15 MAR 2000

1 | JOSÉ de JESUS RIVERA
United States Attorney
2 | District of Arizona
HENRY Z. BROWN
3 | Acapulco Building, Suite 8310
110 South Church Avenue
4 | Tucson, Arizona 85701
Telephone: (520) 620-7300
5 | Attorneys for Plaintiff

✓ FILED ___ LODG
___ RECEIVED ___ COPY

DD 2 5 2000

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BW

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF ARIZONA

8 | United States of America,           )   NO. CR 00-618-T-JMR
9 |              Plaintiff,             )   (Mag. No. 00-04234M)
                                        )
10 |     v.                             )   I N F O R M A T I O N
                                        )
11 | Daniel Gonzalez-Contreras,         )   Violation: 8 USC § 1326(a) (enhanced
     aka Gabriel Landeros-Flores,       )   by 8 USC § 1326(b)(2))
12 |                                    )
               Defendant.               )   (Re-entry after Deportation)
13 |_____)   (FELONY)

THE UNITED STATES ATTORNEY CHARGES:

14

That on or about January 28, 2000, at or near Nogales, in the District of Arizona, **Daniel Gonzalez-Contreras**, aka Gabriel Landeros-Flores, an alien, entered, attempted to enter, and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near San Diego, California, on or about March 24, 1999, and not having obtained the express consent of the Attorney General to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2).

JOSÉ de JESUS RIVERA
United States Attorney
District of Arizona

Dated: 3/15/00

HENRY Z. BROWN
Assistant U.S. Attorney

(8)

I hereby attest and certify on 6/13/07
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | FILED _____ RECEIVED _____ COPY MAY 23 2007 CLERK U.S. DISTRICT COURT DISTRICT OF ARIZONA BY _____ S DEPUTY | DOCKET NUMBER *(Tran. Court)* 00CR00618-01-TUC-JMR |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 0971/5:07CR00292 RMW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: DANIEL GONZALEZ-CONTRERAS USM's Custody, Northern District of California | District Of Arizona | DIVISION Tucson |
|---|---|---|
| | NAME OF SENTENCING JUDGE John M. Roll | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/16/04    TO 01/15/07 |

| OFFENSE |
|---|
| Re-entry After Deportation, 8 U.S.C. § 1326(a) and (b)(2), a Class C felony |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ARIZONA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4-25-07
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>Northern District of California</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/4/07
Effective Date

_____
Ronald M. Whyte
United States District Judge

COPY