UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 8/13/2007
**Case No:** CR-06-0521 JW
    **Related Case:** CR 07-292 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** Joshua Sparks
**Interpreter:** Lupita Arce (Spanish)

### TITLE

U.S.A. v. Gabriel Landeros-Flores ( C)
a/k/a Daniel Gonzalez-Contreras

**Attorney(s) for Plaintiff(s):** Joseph Fazioli
**Attorney(s) for Defendant(s):** Lara Vinnard

### PROCEEDINGS

Judgment and Sentencing

### ORDER AFTER HEARING

**Hearing Held.** Defendant Landeros-Flores present and in custody for proceedings. The Defendant was aided by a Spanish language interpreter for proceedings.

**As to CR 06-521 JW:** The Defendant is sentenced as to Count 1 of the Indictment. The Defendant is committed to 15 months BOP custody, 2 years supervised release, $100 special assessment.

**As to CR 07-0292 JW:** The Court found the Defendant in violation of Supervised Release as Charged in the Arizona Petition. The Court revoked Defendant's Supervised Release and committed to 6 months BOP custody to run concurrently with Defendant's sentence in CR 06-521 JW. Remaining Charges are dismissed from the Petition on the Government's Motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: