**FILED**

AUG 23 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>Gabriel Landeros-Flores<br>a/k/a Daniel Gonzalez-Contreras<br><br>  Defendant. | NO. CR 07-00292 JW<br><br>**SEALING ORDER PURSUANT TO GENERAL ORDER 54** |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

\_\_\_   Presentence Report

\_\_\_   Plea Agreement

  X    Statement of Reasons

\_\_\_  _____
     (Other)

Dated: August 23, 2007

JAMES WARE
United States District Judge

1 | THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:

2

3 | United States Marshal Service
280 South First Street
San Jose Ca 95113

4

5 | United States Probation Office
280 South First Street
San Jose Ca 95113

6

7

8 | Dated: 8/23/07

Richard W. Wieking, Clerk

9 | By: *Elizabeth C. Garcia*
Elizabeth Garcia
10 | Courtroom Deputy

United States District Court
For the Northern District of California